No. 00–1912. TDY INDUSTRIES, INC., FKA TELEDYNE INDUSTRIES, INC. *v.* KAISER AEROSPACE & ELECTRONICS CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1913. EELLS *v.* KWOK ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–1914. BRYANT *v.* BUMGARNER, ADMINISTRATOR, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 00–1915. ASKINS, INDIVIDUALLY AND AS TRUSTEE OF RVA TRUST *v.* COUNTY OF WILLIAMSBURG ET AL. Ct. App. S. C. Certiorari denied.

No. 00–1918. BAGLEY *v.* CITY OF ATLANTA ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1919. MARTIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARTIN, DECEASED, ET AL. *v.* LABELLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1921. SIBLEY *v.* GERSTEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1922. AMMEX, INC. *v.* DEPARTMENT OF THE TREASURY OF MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–1923. ATHANASIADES *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1925. CONSOLIDATED DEVELOPMENT CORP. ET AL. *v.* SHERRITT, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1929. SPITZER ET UX. *v.* TRANS UNION. C. A. 4th Cir. Certiorari denied.

No. 00–1931. CORDERO *v.* MINETA, SECRETARY OF TRANSPORTATION. C. A. 4th Cir. Certiorari denied.